UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZHEN RUN SITU and ANDY CHEN,<br><br>Plaintiffs,<br><br>LAN GARDEN RESTAURANT AND BAR INC., doing business as LAN GARDEN 88, JOHN NG, and MICHELLE CHAN,<br><br>Defendants. | Civil Action No. 17-8091 (CLW)<br><br>ORDER & JUDGMENT |

**CATHY L. WALDOR, U.S.M.J.**

      This Court held a bench trial on May 16, 2023, and August 2, 2023, concerning Plaintiffs Zhen Run Situ and Andy Chen's claims against Defendants. For the reasons set forth in the undersigned's Findings of Fact and Conclusions of Law dated January 31, 2024,

      **IT IS** on this 31st day of January, 2024,

      **ORDERED** that Judgment is entered in favor of Defendants and against Plaintiffs on all counts of Plaintiffs' Complaint; and it is further

      **ORDERED** that each party is directed to bear its own costs, except as provided by law; and it is further

      **ORDERED** that the Clerk of the Court is directed to close this case.

                                                  **s/ Cathy L. Waldor**
                                                  **Hon. Cathy L. Waldor**
                                                  **United States Magistrate Judge**